UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: <u>MAXISIQ, LLC v. Hurysh</u>, No. 22-cv-314
<u>IOMAXIS, LLC V. Hurysh, et al.</u>, No. 20-cv-3612

DATE: December 28, 2022

\* \* \*

Upon review, the Court believes it may be helpful for management purposes to consolidate the above-captioned matters into one case, given that the parties are substantially the same and the issues are closely related. Accordingly, the parties in both cases **SHALL** each file a short statement of no more than two (2) pages explaining their position on consolidation no later than January 13, 2023.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

_____
Peter J. Messitte
United States District Judge

CC: Court file
Counsel of Record

1