UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

MEMORANDUM

TO:     Counsel of Record

FROM:   Judge Peter J. Messitte

RE:     IOMAXIS, LLC v. Hurysh, et al.
        No. 20-cv-3612, 22-cv-314

DATE:   February 22, 2023

\* \* \*

The Court is in receipt of Nicholas Hurysh, Jr.'s Motion for Entry of Order of Default Judgment (Civil No. 22-cv-314, ECF No. 62), IOMAXIS's and Brad Buhr's opposition thereto (Civil No. 22-cv-314, ECF No. 67), and Hurysh's Reply (Civil No. 22-cv-314, ECF No. 69).

Hurysh's Motion for Entry of Order of Default Judgment is **DENIED.** The Fourth Circuit has a "strong policy that cases be decided on the merits," *United States v. Shaffer Equip. Co.*, 11 F.3d 450, 453 (4th Cir. 1993), and IOMAXIS and Buhr have not been "unresponsive part[ies]," *Disney Enterprises, Inc. v. Delane*, 466 F. Supp. 2d 402, 405 (D. Md. 2006). Moreover, the parties' dispute regarding when the Answer was due appears to stem from a misunderstanding between them, not from any bad faith on the part of IOMAXIS and Buhr.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

_____
Peter J. Messitte
United States District Judge

CC:     Court file
        Counsel of Record

1