UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGEGREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO:Counsel of Record

FROM:Judge Peter J. Messitte

RE:IOMAXIS, LLC V. Hurysh, et al., No. 20-cv-3612
MAXISIQ, LLC v. Hurysh, No. 22-cv-314

DATE:February 23, 2023

* * *

The Court is in receipt of Nicholas Hurysh's Motion to Amend Third-Party Complaint Against Brad C. Buhr (ECF No. 52), IOMAXIS's and Buhr's opposition thereto (ECF No. 60), and Hurysh's Reply (ECF No. 63). After careful review of Hurysh's proposed Amended Third-Party Complaint, it appears that the proposed new claims relate not to his termination as a shareholder of IOMAXIS or the value of his shares, but relate to Buhr's alleged misallocation of money from IOMAXIS to two of his other companies, Fast Rabbit, LLC and Global Vector, LLC.

Once again, the case appears to be spinning out of control.

By Memorandum Order, dated January 26, 2023 (ECF No. 68), the Court bifurcated trial in this case into two phases. The Court now revises its decision with respect to bifurcation based on its review of Hurysh's Motion to Amend Third-Party Complaint.

The new Phase I of trial, to take place in December 2023, will address which Operating Agreement (North Carolina or Delaware) is in effect, the propriety of Hurysh's removal as a shareholder of IOMAXIS, and the question of whether Hurysh violated any trade secrets laws. Phase I will also address any damages and equitable relief resulting from those alleged occurrences.

The new Phase II of trial, to take place in March 2024, will address the issues raised in Hurysh's proposed Amended Third-Party Complaint against Buhr. Those allegations are clearly severable from the issues raised in Phase I.

In addition, the Court does not see it as profitable at this time for the parties to conduct extensive discovery into Buhr's alleged misconduct involving other companies. The Court will be prepared to revisit the viability of these additional claims against Buhr after a determination is made at Phase

1

I with regard to Hurysh's status at IOMAXIS. Accordingly, Hurysh's Motion to Amend Third-Party Complaint Against Brad C. Buhr (ECF No. 52) is **DENIED WITHOUT PREJUDICE.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/ Peter J. Messitte
Peter J. Messitte
United States District Judge

CC: Court file
Counsel of Record

2